No. 11-3500

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Dec 05, 2012
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| CUMBERLAND RIVER COAL COMPANY, ) ) | |
| Petitioner, ) ) | |
| v. ) ) | O R D E R |
| BILLIE BANKS; DIRECTOR, OFFICE OF ) WORKERS' COMPENSATION ) PROGRAMS, UNITED STATES; UNITED ) STATES DEPARTMENT OF LABOR, ) ) | |
| Respondents. ) | |

    This cause comes before the court upon an application by attorney Joseph E. Wolfe, counsel for the respondent Billie Banks, for an award of attorney fees under Section 28 of the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. § 928, as incorporated in the Black Lung Act, as amended, 30 U.S.C. § 932(a). Counsel has requested a total of $14,331.25, which includes seven hours of Wolfe's time at the rate of $300 per hour, 51.25 hours of time performed by his associate, Ryan C. Gilligan, at the rate of $225 per hour, and seven hours of legal assistant time at the rate of $100 per hour. The petitioner has filed no objection to the fee application.

    Upon review of the application, the court finds that the request is justified in this case by counsel's qualifications, his expertise in the area of Black Lung law, and the issues presented before this court on appeal. Therefore, the court awards fees in the amount of $14,331.25.

                                    ENTERED BY ORDER OF THE COURT

                                                          Clerk